NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,
*Plaintiff-Appellant,*

v.

DELPHI CORPORATION, DELPHI AUTOMOTIVE
SYSTEMS, LLC, DPH HOLDINGS CORPORATION,
GENERAL MOTORS CORPORATION,
GENERAL MOTORS COMPANY, LLC, GENERAL
MOTORS LLC, FORD MOTOR COMPANY, VOLVO
CARS OF NORTH AMERICA, INC.,
AND HYUNDAI MOTOR AMERICA,
*Defendants-Appellees,*

AND

NISSAN NORTH AMERICA, INC.,
*Defendant-Appellee,*

AND

MERCEDES-BENZ USA, LLC,
*Defendant-Appellee,*

AND

FUJI HEAVY INDUSTRIES USA, INC.,
*Defendant-Appellee,*

AND

MOTORS LIQUIDATION COMPANY,
*Defendant.*

---

2011-1292

---

Appeal from the United States District Court for the Eastern District of Michigan in consolidated case nos. 08-CV-11048 and 10-CV-10647, Judge Robert H. Cleland.

---

**ON MOTION**

---

**O R D E R**

Gregory A. Lewis moves without opposition to withdraw as counsel for the appellee, Nissan North America, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Andrew Kochanowski, Esq.
John R. Hutchins, Esq.
Paul Richard Steadman, Esq.
David M. Schnorrenberg, Esq.
Reginald J. Hill, Esq.
Gregory A. Lewis, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2011

JAN HORBALY
CLERK